■ JULIA McGIRR, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion, for a subdivision 5 of rule V preference is granted. (New York County Supreme Court Trial Term Rules.) Upon the record before this court, the granting of a preference was warranted. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ W. T. ROYSTON COMPANY et al., Respondents, v. JOSEPH J. MASCUCH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

■ MILDRED CASMAY et al., Appellants, v. JOHN K. LATTIMER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally and Bergan, JJ.

■ THEODORE F. EHRLICH, an Infant, by His Guardian ad Litem, FRANK EHRLICH, et al., Appellants, v. STAMFORD HOSPITAL SOCIETY, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between SENECA EXPORT CORPORATION et al., Respondents, and INTERNATIONAL TRADING CORPORATION OF EGYPT et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

■ BETTY MYERS v. JOHN MYERS.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ CIVITA VITIELLO et al., v. TULLY & DI NAPOLI, INC.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ YVONNE FLEURY v. BROADWAY WOODWARD CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Bergan, JJ.

■ In the Matter of JOSEPH G. PURCELL, Appellant, against ROBERT MOSES, as Park Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank and Valente, JJ.

■ ANTHONY M. GOLUBICH et al., Appellants, v. FRED FAHRNI, Defendant, and UNITED STATES PLYWOOD CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and McNally, JJ.